Allan D. NewDelman, Esq, (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re                                  )   In Proceeding Under
                                       )   Chapter 11
Todd Michael Heroldt                   )
Heather Dinneen Heroldt                )   Case No. 09-22561 CGC
                                       )
                                       )   NOTICE BY DEBTORS OF PROPOSED
                                       )   ABANDONMENT OF REAL PROPERTY
            Debtors                    )
_____)

NOTICE IS HEREBY GIVEN that Debtors propose to abandon from the estate any interest the estate may have in the following real properties as the properties are burdensome on the estate, have no consequential value to the estate and are of no benefit to the estate:

| Property Address | Value | Debt |
|---|---|---|
| 15239 West Redfield Drive, Surprise, AZ | $180,000.00 | $392,858.74 |
| Raw land in Show Low, AZ, Parcel No. 409-14-003 | $12,000.00 | $435,580.00 |

NOTICE IS FURTHER GIVEN that the valuation of the properties was based on the Debtors' experience in the real estate market and based on what the Debtors think they could actually market and sell properties for. Neither the Debtors nor the Estate have the funds needed to maintain insurance, taxes, and maintenance on the properties. The Debtor and this Estate lack the necessary funds to service the debt on the properties or to make any type of adequate protection payment to the lien holders on these properties.

NOTICE IS FINALLY GIVEN that any person opposing the abandonment shall file a written objection on or before 5:00 p.m. on Monday, October 26, 2009, with the Clerk of the United States Bankruptcy Court. A copy of the objection shall be mailed to counsel at 80 East Columbus Avenue, Phoenix, AZ 85012. If a party-in-interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the

Court may enter an Order directing the Trustee to abandon the property described herein.

DATED this 20th day of October, 2009.

                                        ALLAN D. NEWDELMAN, P.C.

                                        /s/ Allan D. NewDelman
                                        Attorney for Debtors